1  SANFORD JAY ROSEN – 062566
   JENNY S. YELIN – 273601
2  ADRIENNE PON HARROLD – 326640
   ROSEN BIEN GALVAN & GRUNFELD LLP
3  101 Mission Street, Sixth Floor
   San Francisco, California 94105-1738
4  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
5  Email:      srosen@rbgg.com
               jyelin@rbgg.com
6              aharrold@rbgg.com

7  Attorneys for Plaintiff
   MICHAEL ANDREWS
8

9                UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| 12 | MICHAEL ANDREWS, | Case No. 3:20-cv-00485-SK |
|---|---|---|
| 13 | Plaintiff, | **PLAINTIFF'S REQUEST TO ENTER JUDGMENT** |
| 14 | v. | Judge:  Hon. Sallie Kim |
| 15 | EQUINOX HOLDINGS, INC., a Delaware corporation; and DOES 1 to 10, inclusive, | Date of Removal:  January 22, 2020 |
| 16 | | Complaint Filed:  December 27, 2019 |
| 17 | Defendants. | Trial Date:  November 2, 2021 |

[3789221.3]

Case No. 3:20-cv-00485-SK

PLAINTIFF'S REQUEST TO ENTER JUDGMENT

Pursuant to Defendant's Rule 68 Offer of Judgment, notice of acceptance of which Plaintiff Michael Andrews filed with the Court on September 7, 2021, through his undersigned counsel, Plaintiff hereby requests that the Court enter judgment in favor of him against Defendant Equinox Holdings, Inc. providing that (1) Defendant shall pay Plaintiff the sum of One Hundred Sixty Two Thousand Dollars and No Cents ($162,000.00) for his damages, within fifteen (15) days of entry of the judgment; (2) the Court shall retain ancillary jurisdiction of the matter to determine and Order the amount of reasonable attorneys' fees and costs incurred by Plaintiff up to August 23, 2021 Defendant shall pay his attorneys; and (3) the Court shall award post-judgment interest at the rate provided in 28 U.S.C. § 1961 on both the damages and the attorneys' fees and costs commencing to accrue the day following entry of the Judgment.

A [Proposed] Judgment is attached hereto.

DATED:  September 7, 2021          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:   *Sanford Jay Rosen*
       Sanford Jay Rosen

Attorneys for Plaintiff MICHAEL ANDREWS