SANFORD JAY ROSEN – 062566
JENNY S. YELIN – 273601
ADRIENNE PON HARROLD – 326640
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:         srosen@rbgg.com
                   jyelin@rbgg.com
                   aharrold@rbgg.com

Attorneys for Plaintiff
MICHAEL ANDREWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| MICHAEL ANDREWS,<br><br>  Plaintiff,<br><br>  v.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 3:20-cv-00485-SK<br><br>**JUDGMENT**<br><br>Judge:  Hon. Sallie Kim<br><br>Date of Removal:   January 22, 2020<br>Complaint Filed:    December 27, 2019<br>Trial Date:            November 2, 2021 |
|---|---|

Defendant Equinox Holdings, Inc.'s Rule 68 Offer of Judgment having been timely accepted by Plaintiff Michael Andrews, Judgment is hereby entered against Defendant for damages in the sum of One Hundred Sixty Two Thousand Dollars and No Cents ($162,000.00) to be paid to Plaintiff within fifteen (15) days.

The Court shall retain ancillary jurisdiction to determine the amount of reasonable attorneys' fees and costs Defendant shall pay Plaintiff's attorneys for their work through August 23, 2021.

Post judgment interest shall accrue on the damages and the attorneys' fees and costs commencing the date following entry of this Judgment at the rate provide by 28 U.S.C. § 1961.

This action was decided by Magistrate Judge Sallie Kim upon Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment.

**IT IS SO ORDERED.**

DATED: September 16, 2021

*/s/ Sallie Kim*

SALLIE KIM
United States Magistrate Judge